In the Matter of the Application of THE BOARD OF STREET OPENING AND IMPROVEMENT OF THE CITY OF NEW YORK for the Acquisition of Land for Edgecombe Road.

EDWARD F. O'DWYER et al., as Commissioners, Appellants; THE CITY OF NEW YORK, Respondent.

*Matter of Board of Street Opening*, 33 App. Div. 137, appeal dismissed. (Argued January 10, 1899; decided January 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1898, reversing an order of Special Term granting appellants an extra allowance and compensation.

*Edward F. O'Dwyer* for appellants.

*Theodore Connoly* and *John P. Dunn* for respondent.

Appeal dismissed, on the ground that the order is not a final order in a special proceeding, with costs; no opinion.

All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN H. WHITE, Appellant, *v.* BERNARD J. YORK et al., Police Commissioners, Composing the Police Board of the City of New York, Respondents.

*People ex rel. White* v. *York*, 35 App. Div. 300, affirmed. (Argued January 11, 1899; decided January 31, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1898, affirming an order of Special Term denying a motion for a peremptory writ of mandamus requiring the police board of the city of New York to recognize relator as a captain on the police force and to pay him as such.

*James C. Church* for appellant.

*William J. Carr* and *John Whalen* for respondents.

Order affirmed, with costs, on opinion below.

All concur.